App. Div.]          Second Department, February, 1922.

BORDEN'S FARM PRODUCTS COMPANY, INC., and Others, Respondents, v. FRED J. STERBINSKY, Individually and as President of Milk Wagon Drivers' Union, Local 584, etc., and Others, Defendants. FRANK McILWAINE, Appellant.— Stay of thirty days granted. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

BORDEN'S FARM PRODUCTS COMPANY, INC., and Others, Respondents, v. FRED J. STERBINSKY, Individually and as President of Milk Wagon Drivers' Union, Local 584, etc., and Others, Defendants. ARTHUR NIETZEL, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay of the execution of the order for thirty days granted to enable the appellant to apply to the Court of Appeals for permission. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

BORDEN'S FARM PRODUCTS COMPANY, INC., and Others, Respondents, v. FRED J. STERBINSKY, Individually and as President of Milk Wagon Drivers' Union, Local 584, etc., and Others, Defendants. JOSEPH PEZCI, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay of the execution of the order for thirty days granted to enable the appellant to apply to the Court of Appeals for permission. Present—Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

BORDEN'S FARM PRODUCTS COMPANY, INC., and Others, Respondents, v. FRED J. STERBINSKY, Individually and as President of Milk Wagon Drivers' Union, Local 584, etc., and Others, Defendants. MICHAEL REILLY, Appellant.—Motion for leave to appeal to the Court of Appeals denied. Stay of the execution of the order for thirty days granted to enable the appellant to apply to the Court of Appeals for permission. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

BORDEN'S FARM PRODUCTS COMPANY, INC., and Others, Respondents, v. FRED J. STERBINSKY, Individually and as President of Milk Wagon Drivers' Union, Local 584, etc., and Others, Defendants. DANIEL RIENZO, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay of the execution of the order for thirty days granted to enable the appellant to apply to the Court of Appeals for permission. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

BORDEN'S FARM PRODUCTS COMPANY, INC., and Others, Respondents, v. FRED J. STERBINSKY, Individually and as President of Milk Wagon Drivers' Union, Local 584, etc., and Others, Defendants. JOSEPH SCHWARTZ, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay of the execution of the order for thirty days granted to enable the appellant to apply to the Court of Appeals for permission. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

J. PETER HINES, Respondent, v. CHRISTIAN H. HINES and CELONE E. HINES, Appellants.— Motion denied, with ten dollars costs. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

JOHN HOLDEN, Respondent, v. EFFICIENT CRAFTSMAN CORPORATION and Others, Appellants.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

In the Matter of the Application of EDWARD P. H. BENNETT, as Administrator, etc., of MARGARET BENNETT, Deceased, for an Order for Discovery of Withheld